IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JUSTIN BURRISS, on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) ) ) vs. ) ) BFI WASTE SYSTEMS OF TENNESSEE, ) LLC., d/b/a "MIDDLE POINT LANDFILL" ) ) Defendant. ) | Case No. 3:21-cv-00201<br><br>District Judge Eli Richardson<br>Magistrate Judge Barbara Holmes<br><br>CLASS ACTION COMPLAINT |

## **JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

COMES NOW Plaintiff and Defendant, through their undersigned counsel, and files their Joint Motion for PRELIMINARY Approval of the agreed upon settlement.

1. On July 6, 2021, Plaintiff and Defendant agreed to participate in mediation with independent neutral Timothy Gallagher.

2. On July 7, 2021, Plaintiff provided Defendant with a settlement demand that would resolve all claims in this case.

3. On July 27, 2021, Plaintiff and Defendant participated in mediation and reached the primary material terms of a settlement that would resolve all claims in this case, subject to class settlement approval by the Court after notice to the settlement class.

4. Thereafter, the parties have worked together to prepare documents reflecting the terms of the proposed settlement.

5. Submitted contemporaneously with this Joint Motion for Preliminary Approval of Class Settlement is the Settlement Agreement and Release, which provides a complete recitation of the settlement agreement reached between the parties.

6. Counsel for Plaintiff and Defendant request the Court approve the proposed settlement as fair, reasonable and adequate, as Counsel for Plaintiff and Defendant believe the settlement reached is fair, reasonable and adequate.

7. A proposed Preliminary Approval Order is also submitted contemporaneously with this Joint Motion for Approval of Class Settlement.

8. Following notice to the Settlement Class and any objections or responses thereto, Plaintiff and Defendant jointly request a fairness hearing for final approval of the class settlement.

WHEREFORE, Plaintiff Justin Burriss, on behalf of himself and all others similarly situated, and Defendant BFI Waste Systems of Tennessee, LLC, d/b/a "Middle Point Landfill," respectfully request the Court grant preliminary approval so notice can be given to the appropriate Settlement Class. Further, it is requested that a fairness hearing date be set for final approval of the Settlement Agreement.

Dated: October 21, 2021

| | |
|---|---|
| By: /s/ Nicholas A. Coulson<br>Steven D. Liddle<br>Nicholas A. Coulson<br>Albert J. Asciutto<br>LIDDLE & DUBIN, P.C.<br>*Pro Hac Vice*<br>975 E. Jefferson Avenue<br>Detroit, MI 48207<br>(313) 392-0015<br>sliddle@ldclassaction.com<br>ncoulson@ldclassaction.com<br>aasciutto@ldclassaction.com<br><br>Thomas R. Greer<br>Bailey & Greer PLLC<br>6256 Poplar Ave.<br>Memphis, TN 38119<br>tgreer@baileygreer.com<br><br>William Michael Kilgore<br>Matt Hardin Law, PLLC<br>207 23rd Avenue North<br>Nashville, TN 37203<br>michael@matthardinlaw.com<br><br>ATTORNEYS FOR PLAINTIFFS | By: /s/ Wells Trompeter<br>Wells Trompeter (TN BPR # 030380)<br>Waller Lansden Dortch & Davis, LLP<br>511 Union Street<br>Suite 2700<br>Nashville, TN 37219<br>(615) 850-8759<br>wells.trompeter@wallerlaw.com<br><br>William G. Beck (*pro hac vice*)<br>Allyson E. Cunningham (*pro hac vice*)<br>Lathrop GPM LLP<br>2345 Grand Boulevard, Suite 2200<br>Kansas City, Missouri 64108-2618<br>(816) 292-2000<br>william.beck@lathropgpm.com<br>allyson.cunningham@lathropgpm.com<br><br>Kayla A. Brewe (*pro hac vice*)<br>Lathrop GPM LLP<br>7701 Forsyth Boulevard, Suite 500<br>Clayton, Missouri 63105<br>(314) 613-2800<br>kayla.brewe@lathropgpm.com<br><br>ATTORNEYS FOR DEFENDANT BFI WASTE SYSTEMS OF TENNESSEE, LLC, D/B/A "MIDDLE POINT LANDFILL" |