# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JUSTIN BURRISS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BFI WASTE SYSTEMS OF TENNESSEE, LLC., d/b/a "MIDDLE POINT LANDFILL"<br><br>Defendant. | Case No. 3:21-cv-00201<br><br>District Judge Eli Richardson<br>Magistrate Judge Barbara Holmes |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Justin Burriss, on behalf of himself and all others similarly situated, by and through his attorneys, hereby respectfully moves this Court for final approval of the Settlement Agreement. (Doc. No. 33-1). Plaintiff requests that this Court: (1) grant final approval of the Settlement as set forth in the Settlement Agreement as fair, reasonable, and adequate; (2) finally certify the Class for settlement purposes only; (3) finally appoint the Plaintiff as class representative; (4) finally appoint Plaintiff's Class Counsel.

WHEREFORE, and for the reasons stated in the accompanying brief, Plaintiff requests that this Honorable Court enter an order finally approving the Settlement Agreement, substantially in the form attached to the Settlement Agreement as Exhibit F ([Doc. No. 33-6]) to be presented to the Court in conjunction with the Fairness Hearing.

Dated: February 7, 2022

Respectfully Submitted,

By: /s/ Nicholas A. Coulson
Steven D. Liddle*
Nicholas A. Coulson

Albert J. Asciutto*
LIDDLE SHEETS COULSON P.C.
*Pro Hac Vice*
975 E. Jefferson Avenue
Detroit, MI 48207
(313) 392-0015
sliddle@lsccounsel.com
ncoulson@lsccounsel.com
aasciutto@lsccounsel.com

Thomas R. Greer
Bailey & Greer PLLC
6256 Poplar Ave.
Memphis, TN 38119
tgreer@baileygreer.com

William Michael Kilgore
Matt Hardin Law, PLLC
207 23rd Avenue North
Nashville, TN 37203
michael@matthardinlaw.com

ATTORNEYS FOR PLAINTIFF AND
THE SETTLEMENT CLASS

# CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons as denoted on the Electronic Mail notice list.

Counsel for Defendant:

Allyson E. Cunningham
Lathrop GPM (Kansas City Office)
2345 Grand Boulevard
Suite 2200
Kansas City, MO 64108-2684
(816) 292-2000
Email: allyson.cunningham@lathropgpm.com

Kayla A. Brewe
Lathrop GPM (St. Louis Office)
7701 Forsyth Boulevard
Suite 500
Clayton, MO 63105
Email: kayla.brewe@lathropgpm.com

L. Wells Trompeter
Waller, Lansden, Dortch & Davis, LLP (Nashville)
Nashville City Center
511 Union Street
Suite 2700
Nashville, TN 37219
(615) 850-8750
Fax: (615) 244-6804
Email: wells.trompeter@wallerlaw.com

William G. Beck
Lathrop GPM (Kansas City Office)
2345 Grand Boulevard
Suite 2200
Kansas City, MO 64108-2684
(816) 292-2001
Email: william.beck@lathropgpm.com

Counsel for Amicus Curiae the City of Murfreesboro:

Adam F. Tucker
City of Murfreesboro
111 W Vine Street
P O Box 1044
Murfreesboro, TN 37133-1044
(615) 849-2616
Fax: (615) 849-2662
Email: atucker@murfreesborotn.gov

Gary A. Davis
Davis & Whitlock, P.C.
21 Battery Park Avenue
Suite 206
Asheville, NC 28801
(828) 622-0044
Fax: (828) 622-7610
Email: gadavis@enviroattorney.com

Counsel for Tigg and Gehrke Objectors:

Dewey Russell Thomas
Thomas Law Firm
138 S Cannon Avenue
Murfreesboro, TN 37129
(615) 848-1818
Fax: (615) 217-6023
Email: janbartlett@thethomaslawfirm.com

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 7, 2022

                                                         /s/ Nicholas A. Coulson
                                                         Nicholas A. Coulson